# Leslie Barnes Marks
*3099 Suter Street*
*Oakland, CA 94602*
*Tel: 510/434-9748*

March 3, 2007

**Via Email**

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

NO PARTY PERSONAL APPEARANCE RQUIRED

RE: *Leslie Marks v. Tom Chicoine, et al.*
New Century Loan No.: 1006788513 (1219-025)
UDC NDC CASE NO: C06-068806

**IT IS SO ORDERED**
*[signature]*
Judge Susan Illston

Dear Judge Illston:

I have several issues that I believe need to be addressed. First, I am informed and believe the Home 123 Emeryville, California location, which was managed by Defendant Tom Chicoine, has been closed and is no longer in business since on or about January 2007. This is of concern to me as, Defendant Chicoine's computer, Meoshia Bazemore's computer and others who may have communicated with me during the initial loan process via computer, computers which may contain information pertinent to my case may have been destroyed.

Second, attorney Gunn has filed a change of address in this matter, albeit with the wrong case caption, their attorney still serves and files documents containing their old address. This is understandably confusing – did they relocate or not and more importantly, where do I serve documents? Additionally, the pleading regarding the withdrawal of the Motion to Compel is incorrect. At our Case Management Conference, the hearing was moved to April 6, 2007 – the motion to compel and the CMC were moved, we have two hearings on that date. Attorney Gunn has filed a Motion to Strike and a Motion to Dismiss for hearing set for April 6, 2006. Has the Court approved this hearing date? Defendants Motion to Withdraw states a March 9, 2007 hearing date and requests that date be removed from calendar, which was removed during our CMC.

Honorable Susan Illston
March 3, 2007
Page 2


Third, attorney Gunn requested that I send any emails relating to this case to his secretary. I refused, for reasons of service of process and professional reasons. Attorney Gunn then blocked my email address and requested that all communications be by fax or mail. For this reason, this letter will be sent to attorney Gunn via fax. I really don't have a problem with this, I think this Court should be aware.

Finally, I have been contacted by a representative of New Century Mortgage, and First American Title Company presumably for a "loan signing" job. The initial contact appeared to be a Notary Service and I was called on my cell phone. I then received a call from Jaime Vasquez who confirmed the address of the loan signing. If found it strange because Jaime did not appear to be knowledgeable about loan signings nor was she aware that there are only two documents that can be enotarized in California at this time. Nevertheless, when the documents were sent to me via email, I discovered that the financing company was New Century and advised the service that I could not do the loan signing as I had a conflict with New Century. I attach the emails to this letter. I then received a voicemail message on my cell phone from Jennifer Golota offering to discuss my "conflict" with New Century assuring me that we could "work it out". I did NOT further contact Jennifer or Jaime after listening to the voicemail message. Upon investigating the "atc-ca.com" is appears First American Title Company is also somehow affiliated with Home 123 and New Century, they were the Title Company Defendant Chicoine used on my loan.

I am requesting permission from this Court to amend my complaint to add First American Title Company as a defendant in this matter.

For these reasons, I feel Defendants and their counsel continue to act in bad faith. Attorney Gunn was advised at our Case Management Conference that I have several medical appointments for my son during the month of March. Filing a motion to dismiss the Second Amended Complaint is yet another friviolous motion as this Court has concluded that I have at least one viable cause of action. While I am NOT requesting a continued hearing date at this time, I grow weary of the bad faith actions and acts of defendants and their counsel.

I respectfully request that this Court require a representative of Home 123 and/or New Century Mortgage Corporation AND defendant Tom Chicoine be required to appear at the April 6, 2007, 2:00 pm Case Management Conference. In the

Honorable Susan Illston
March 3, 2007
Page 3


Standing Orders of this Court, you prefer this and due to information recently discovered I respectfully request this Court order Defendants to appear at the scheduled Case Management Conference.

    Thank you.

Respectfully,

*Leslie Barnes Marks*
Leslie Barnes Marks

Cc: Brian Gunn, by fax

| Yahoo! | My Yahoo! | Mail | | Search: | | Web Search |

# YAHOO! MAIL

Welcome, **blaqrubi**
[Sign Out, My Account]

Mail Home - Mail Tutorials - Help

| Mail Plus | Addresses ▼ | Calendar ▼ | Notepad ▼ | Mail For Mobile - Mail Upgrades - Options |

[Check Mail] [Compose]                                                        [Search Mail] [Search the Web]

**Mail Accounts**
blaqrubi.com
yahoo.com

**Folders** [Add - Edit]
Inbox (1326)
Draft
Sent
Bulk        [Empty]
Trash       [Empty]

**My Folders** [Hide]
BlaqRubi Pinkenba
Chicoinne (14)
FEDCASE (12)
Keepers!
NNA
Norton AntiSpam...
OUSD (1)
STUFF (313)
USDC

**Search Shortcuts**
My Photos
My Attachments

Previous | Next | Back to Messages

[Delete] [Reply ▼] [Forward ▼] [Spam] [Move... ▼]

This message is not flagged. [ Flag Message - Mark as Unread ]        Printable View

**Date:** Wed, 21 Feb 2007 15:39:26 -0800 (PST)
**From:** "Blaq Rubi" <blaqrubi@yahoo.com>  📇 View Contact Details   📱 Add Mobile Alert
**Subject:** NOTARY CONFLICT....
**To:** "Jaime Vazquez" <jvazquez@atc-ca.com>

I have a legal conflict with New Century Mortgage and CANNOT perform the notarization of these loan documents. I am very sorry. Thanks

*Jaime Vazquez <jvazquez@atc-ca.com>* wrote:

> Hello
>
> Here are the documents for RODRIGUEZ, JOHN.
>
> To access these documents, please click the link below, and follow the instructions provided. Once you see the document(s) on your screen, click the printer icon located in the gray toolbar to the right of the displayed document.
>
> If you have trouble printing, click the printer icon again and locate "Print Method" near the lower left corner of the print box. If the current Print Method is "direct print", try "fast print". If you still have trouble, contact SwiftSend tech support at 800-720-0196.
>
> Please contact me if you have any questions regarding these documents.
>
> Best regards
>
> Jennifer Golota
> JGOLOTA@NCEN.COM
> New Century Mortgage
>
>
> **Pick up your document here:**
> RODRIGUEZ, JOHN 1012365317, closing 02/28/2007
>
> SwiftSend Support: 800-720-0196 press 3
>
> **Forwarding Info:**
> This document was originally sent by:
>   Jennifer Golota <JGOLOTA@NCEN.COM>
> Document originator's message:

Hello

Here are the documents for RODRIGUEZ, JOHN.

To access these documents, please click the link below, and follow
the instructions provided. Once you see the document(s) on your
screen, click the printer icon located in the gray toolbar to the
right of the displayed document.

If you have trouble printing, click the printer icon again and
locate "Print Method" near the lower left corner of the print box.
If the current Print Method is "direct print", try "fast print".
If you still have trouble, contact SwiftSend tech support at
800-720-0196.

Please contact me if you have any questions regarding these documents.

Best regards

Jennifer Golota
JGOLOTA@NCEN.COM
New Century Mortgage

---- Doesn't Work? --------------------------------------
To retrieve the document, copy then paste the following web address into your web
browser's address field (usually located near the top of your web browser).

https://loandocs.swiftsend.com/D.htm?rc=d_45053139cf5dc1e1c08334a09aa7e3dc

## BlaqRubi

| Delete | Reply | Forward | Spam | Move... |

Previous | Next | Back to Messages          Save Message Text | Full Headers

| Check Mail | Compose |                               | Search Mail | Search the Web |

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy



| Yahoo! My Yahoo! Mail | Search: | Web Search |

**YAHOO! MAIL**  Welcome, **blaqrubi**  [Sign Out, My Account]  Mail Home - Mail Tutorials - Help

Mail Plus | Addresses | Calendar | Notepad | Mail For Mobile - Mail Upgrades - Options

Check Mail | Compose | Search Mail | Search the Web

**Mail Accounts**
- blaqrubi.com
- yahoo.com

**Folders** [Add - Edit]
- Inbox (1326)
- Draft
- Sent
- Bulk [Empty]
- Trash [Empty]

**My Folders** [Hide]
- BlaqRubi Pinkenba
- Chicoinne (14)
- FEDCASE (12)
- Keepers!
- NNA
- Norton AntiSpam...
- OUSD (1)
- STUFF (313)
- USDC

**Search Shortcuts**
- My Photos
- My Attachments

Previous | Next | Back to Messages

Delete | Reply | Forward | Spam | Move... | Printable View

This message is not flagged. [ Flag Message - Mark as Unread ]

**Date:** Wed, 21 Feb 2007 15:05:03 -0800 (PST)
**From:** "Blaq Rubi" <blaqrubi@yahoo.com>  View Contact Details  Add Mobile Alert
**Subject:** Re: RODRIGUEZ, JOHN 1012365317, closing 02/28/2007
**To:** "Jaime Vazquez" <jvazquez@atc-ca.com>

Jaime, please confirm that you have received my email advising you that I have and existing Legal conflict with New Century Mortgage Corporation and cannot Notarize documents from that company. Be further advised, that I will be happy to notarize documents from any other mortgage company. Finally, my rate is $200 for the first 5 signings and $250 thereafter.

Thank you.

**Jaime Vazquez <jvazquez@atc-ca.com> wrote:**

> Hello
>
> Here are the documents for RODRIGUEZ, JOHN.
>
> To access these documents, please click the link below, and follow the instructions provided. Once you see the document(s) on your screen, click the printer icon located in the gray toolbar to the right of the displayed document.
>
> If you have trouble printing, click the printer icon again and locate "Print Method" near the lower left corner of the print box. If the current Print Method is "direct print", try "fast print". If you still have trouble, contact SwiftSend tech support at 800-720-0196.
>
> Please contact me if you have any questions regarding these documents.
>
> Best regards
>
> Jennifer Golota
> JGOLOTA@NCEN.COM
> New Century Mortgage
>
> Pick up your document here:
> RODRIGUEZ, JOHN 1012365317, closing 02/28/2007
>
> SwiftSend Support: 800-720-0196 press 3

Yahoo! Mail - blaqrubi@yahoo.com                                                                         Page 2 of 2

Case 3:06-cv-08066-SID Document 450   Filed 03/08/2007   Page 7 of 8

**Forwarding Info:**
This document was originally sent by:
   Jennifer Golota <JGOLOTA@NCEN.COM>
Document originator's message:
Hello

Here are the documents for RODRIGUEZ, JOHN.

To access these documents, please click the link below, and follow
the instructions provided. Once you see the document(s) on your
screen, click the printer icon located in the gray toolbar to the
right of the displayed document.

If you have trouble printing, click the printer icon again and
locate "Print Method" near the lower left corner of the print box.
If the current Print Method is "direct print", try "fast print".
If you still have trouble, contact SwiftSend tech support at
800-720-0196.

Please contact me if you have any questions regarding these documents.

Best regards

Jennifer Golota
JGOLOTA@NCEN.COM
New Century Mortgage

---- Doesn't Work? ---------------------------------------
To retrieve the document, copy then paste the following web address into your web
browser's address field (usually located near the top of your web browser).

https://loandocs.swiftsend.com/D.htm?rc=d_45053139cf5dc1e1c08334a09aa7e3dc

# BlaqRubi

| Delete | Reply ▼ | Forward ▼ | Spam | Move... ▼ |

Previous | Next | Back to Messages                                           Save Message Text | Full Headers

| Check Mail | Compose |                                            | Search Mail | Search the Web |

Copyright © 1994-2007 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines - Ad Feedback
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

Google

Web | Images | Video | News | Maps | Desktop | more »

atc.ca.com      [Search]   Advanced Search / Preferences

**Web**                     Results **1 - 10** of about **123** for **atc.ca.com**. (0.46 seconds)

### Stockton - Main Brookside
Cassandra Greenlee - Escrow Officer Email: cgreenle@**atc-ca.com** ... Ana Ramirez (servicio en espanol) Email: anramirez@**atc-ca.com** ...
alliancejefflee.com/Stockton_20_-_20_Main_20_Office.html - 2k - Cached - Similar pages

### 2006 CALENDAR ESCROW ASSOCIATION OF SANTA CLARA VALLEY October 17 ...
President Linda Murphy lrmurphy@**atc-ca.com** 408-559-3424/871-2437 ... Treasurer Anita Rubeck ARubeck@**atc-ca.com** 408-626-1785/626-1780 ...
www.eascv.com/10-2006.html - 327k - Cached - Similar pages

### What's Inside Escrow Association of Santa Clara Valley - Calendar ...
Treasurer Anita Rubeck ARubeck@**atc-ca.com** 408-626-1785/626-1780 ... Director Lena Signor lsignor@**atc-ca.com** 408-445-3610/445-3619 ...
www.eascv.com/6-2006.html - 125k - Cached - Similar pages

### [PDF] Page 1 of 3 CEA - Board of Directors 2007 1/12/2007 http://www ...
File Format: PDF/Adobe Acrobat - View as HTML
lsignor@**atc-ca.com**. CHAIR/MEMBERSHIP. Linda Swink, CEI, CSEO. First American Title Company. 1905 Calle Barcelona #200. Carlsbad, CA 92009- ...
www.ceaescrow.org/pdfs/bod/bod.pdf - Similar pages

### CEA - CEI
Email: aestelle@**atc-ca.com** Topics: Escrow I, II, III, PD Workshops, Exchanges, Commercial, ... Email: lsignor@**atc-ca.com** Topics: PD, Escrow I and II ...
www.ceaescrow.org/cei.html - 51k - Cached - Similar pages

### Home123 and I welcome YOU to my Home Loan Mortgage Center. You can ...
Debbie Breth Escrow Officer Alliance Title 209-381-4100 x201 720 West 20 Street Merced, CA 95348 dbreth@**atc-ca.com** http://www.alliancetitleco.com ...
www.eileenmccracken.home123.com/lo/partners.asp - 20k - Cached - Similar pages

### San Diego Metropolitan Magazine - The Downtown Real Estate Agents ...
Alliance Title, Gregory Ives, gives@**atc-ca.com**, (858) 467-7700. Bank of America, Stephen C. Faunce, Stephen.C.Faunce@BankofAmerica.com, (858) 668-1926. ...
www.sandiegometro.com/2005/feb/agents.php - 18k - Cached - Similar pages

### Staff
jgibbs@**atc-ca.com**, Lloyd Blackman Coldwell Banker/Endsley & Assoc 2565 Geer Road Suite B Turlock, CA 95382 lrblackman@earthlink.com. Joyce Bosch ...
www.cvar.org/about_cvar/council_links.htm - 25k - Cached - Similar pages

### Anderson California Chamber of Commerce
Cottonwood CA 96022; Contact person: Leigh Ann Phillips; Phone: (530) 347-2920; Fax: (530) 347-2926; Email: lphillips@**atc-ca.com** ...
www.andersonchamber.info/cgi-bin/addrbook2.cgi?LT=A&Password= - 40k - Cached - Similar pages

### Cupertino, CA Homes for Sale - 19682 WHEATON DR, Cupertino, 95014

Sponsored Links

**Ca Atv**
ATVs and ATV Accessories For Less.
Find It Fast In The ATV Guide.
Guide2ATVs.com

**California Atv**
We offer local search in your area.
Find California Atv Here!
California.Local.com