LESLIE BARNES MARKS
3999 Sutcr Street
Oakland, CA  94602
Tel: 510/434-9758
Email: blaqrubi@yahoo.com

Plaintiff IN PRO PER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BARNES MARKS, In Pro Per,<br><br>Plaintiff,<br><br>v.<br><br>TOM CHICOINE, an individual, Home 123 Corporation dba NEW CENTURY MORTGAGE CORPORATION, and DOES, 1-100,<br><br>Defendants. | CASE NO. C06-06806 SI<br><br>**NOTICE OF UNAVAILABILITY**<br><br>Complaint filed: July 28, 2006 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that during the period of March 15. 2007 through March 20, 2007, Plaintiff will be unavailable for any purpose including, but not limited to, court appearances, depositions. Knowingly and willfully scheduling a conflicting appearance or requiring a time sensitive response during these periods of unavailability without good cause or necessity may constitute sanctionable conduct. (See *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal.App.4th 299.)

DATED: March 14, 2007            //s/_____
                                 Leslie Barnes Marks
                                 In Pro Per

-1-
NOTICE OF UNAVAILABILITY