IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BARNES MARKS, | No. C 06-06806 SI |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S EX PARTE REQUEST FOR A HEARING ON PLAINTIFF'S MOTIONS FOR A TEMPORARY RESTRAINING ORDER AND TEMPORARY AND PERMANENT INJUNCTIONS** |
| v. | |
| TOM CHICOINE, et al., | |
| Defendants. | |

On Wednesday, April 4, 2007, plaintiff Leslie Barnes Marks filed an "ex parte request for an order for this Court to hear motions of plaintiff Leslie Marks for temporary restraining order and temporary and permanent injunction against defendants New Century Mortgage and Home 123." However, two days earlier, on April 2, 2007, defendants filed notices of bankruptcy filing by New Century Mortgage Corporation and Home 123 Corporation. When a corporation files for Chapter 11 bankruptcy, under most circumstances, any judicial proceeding against the corporation is automatically stayed, pursuant to 11 U.S.C. § 362(a). Plaintiff's action against New Century and Home 123 does not appear to fit within any of the exceptions to the automatic stay, as provided in 11 U.S.C. § 362(b). Plaintiff's action against New Century and Home 123 is thus currently stayed, meaning this Court can take no action on plaintiff's ex parte request. The Court therefore DENIES plaintiff's ex parte request, without prejudice to renewing the request if and when the automatic backruptcy stay is lifted. (Docket No. 55)

Also currently pending before the Court are defendants' motions to dismiss and strike certain portions of plaintiff's Second Amended Complaint. Though the Court cannot rule on the motions with respect to New Century and Home 123, plaintiff's action against defendant Tom Chicoine is not stayed; the Court will therefore rule on the motions with respect to Chicoine. The motions are currently

scheduled for hearing on April 6, 2007. Pursuant to Civil Local Rule 7-1(b), the Court has determined that the motions are appropriate for resolution without oral argument, and hereby VACATES the hearing. An order on the motions will issue shortly. <u>The scheduled case management conference is not vacated, and remains on calendar for April 6, 2007 at 2:30 p.m.</u>

**IT IS SO ORDERED.**

Dated: April 5, 2007

SUSAN ILLSTON
United States District Judge