1  LESLIE BARNES MARKS
2  3099 Suter Street
   Oakland, CA 94602
   Tel: 510/434-9758
3  Email: blaqrubi@yahoo.com

4  Plaintiff IN PRO SE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BARNES MARKS, In Pro Per,<br><br>Plaintiff,<br><br>v.<br><br>TOM CHICOINNE, an individual, HOME 123 CORPORATION, and NEW CENTURY MORTGAGE CORPORATION, and NEW CENTURY MORTGAGE CORPORATION dba HOME 123, and DOES, 1-100,<br><br>Defendants. | CASE NO. C06-06806 SI<br><br>**THIRD AMENDED COMPLAINT ALLEDGING INTENTIONAL FRAUDULENT AND NEGLIGENT MISREPRESENTATION; BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING; UNFAIR BUSINESS PRACTICES; AND VIOLATION OF THE TRUTH IN LENDING ACT (TILA)**<br><br>**EXHIBITS A-B**<br><br>DEMAND FOR JURY TRIAL<br>Original Complaint filed<br>In State Court: July 28, 2006 |

# EXHIBIT A

*This Represents Two Months Mortgage Payments*

**Payment Coupon**

☐ If your address, phone number or social security number has changed, check this box and complete the reverse side of this form.

LESLIE BARNES MARKS

NEW CENTURY MORTGAGE CORP.
PO BOX 514700
LOS ANGELES  CA  90051-4700

1006788513000829164000847496?

| Loan Number | Payment Due Date | Amount Due |
|---|---|---|
| 1006788513 | 06/01/06 | $8,291.64 |
| Late Charge | If Received After | Late Payment Amount |
| $183.32 | 07/16/06 | $8,474.96 |

**Additional Amounts Remitted**

Principal        $_____
Escrow           $_____
Late Charge      $_____
Other            $_____
Total Remitted   $_____

*This is Three Months Worth Of Mortgage Payments*

**Special messages**

Now you can make your mortgage payments online. It's fast, it's easy and it's free!!!
**Pay-By-Web** at https://myloan.newcentury.com

Announcing our new automated SpeedPay IVR/telephone feature. If your loan is due for the current month, you can now make your payment through our automated IVR for only $5.00 with no waiting. This feature is available 24 hours a day. Call 1.888.788.7306 to access this system.

## NEED AFFORDABLE MORTGAGE LIFE PROTECTION?

### NC INSURANCE SERVICES

New Century's own Insurance Agency, NC Insurance Services has arranged for Monumental Life Insurance Company to offer Mortgage Accidental Death coverage at affordable rates that will pay off your mortgage in the event of an unexpected tragedy. For more info please call 1-800-423-9369. (Coverage not available in all states)

---

DETACH AND RETURN BOTTOM PORTION

**Payment Coupon**

☐ If your address, phone number or social security number has changed, check this box and complete the reverse side of this form.

LESLIE BARNES MARKS

NEW CENTURY MORTGAGE CORP.
PO BOX 514700
LOS ANGELES  CA  90051-4700

| Loan Number | Payment Due Date | Amount Due |
|---|---|---|
| 1008788513 | 08/01/06 | $12,529.12 |
| Late Charge | If Received After | Late Payment Amount |
| $183.32 | 08/16/06 | $12,712.44 |

**Additional Amounts Remitted**

Principal         $_____
Escrow            $_____
Late Charge       $_____
Other             $_____
Total Remitted    $_____

1006788513001252912001271244 3

# NEW CENTURY MORTGAGE CORPORATION

Customer Service 1-800-561-4567
Loan Counseling 1-888-788-7306
Mortgage Refinancing/2nd Mortgage 1-888-438-6236

016790   RE

LESLIE BARNES MARKS
3099 SUTER STREET
OAKLAND   CA   94602-2840

## Mortgage Statement

| | |
|---|---|
| Statement Date | 06/17/06 |
| Loan Number | 1006788513 |
| Payment Due Date | 06/01/06 |
| Current Payment | $4,054.16 |
| Past Due Amount(s) | $4,237.48 |
| Unpaid Late Charges | $183.32 |
| Other Charges | $ .00 |
| Total Amount Due | $8,291.64 |
| After 07/16/06 Add | $183.32 |

Property Address:
3099 SUTER STREET
OAKLAND   CA   94602-0000

### Account Information

| Balances | | Payment Factors | | Year To Date Figures | |
|---|---|---|---|---|---|
| Principal Balance | $454,879.14 | Interest Rate | 8.600% | Interest | $3,897.38 |
| Escrow Balance | $845.42 | Principal & Interest | $3,666.52 | Taxes | $ .00 |
| Unpaid Late Charges | $183.32 | Escrow Payment | $387.64 | | |
| Other Charges | $ .00 | Optional Products | $ .00 | | |
| Suspense Balance | $ .00 | Other | $ .00 | | |
| | | Total Payment | $4,054.16 | | |

### Important Messages

Available Now! Online Access at MyLoan.NewCentury.com!
New Century Mortgage Corporation offers you a new resource, MyLoan.NewCentury.com, our loan servicing Web site available now.
At MyLoan.NewCentury.com, you can get 24/7 access to review your account balance and activity, verify your loan details, contact us with questions, and request your loan payoff amount. Customer service representatives are also available at 800.561.4567 Monday through Friday, 6:00 a.m. to 6:00 p.m. pacific time.

### Activity Since Your Last Statement

| Date | Description | Amount | Principal | Interest | Escrow | Late Charge | Miscellaneous |
|---|---|---|---|---|---|---|---|
| 05/16 | Curtailment | $1.84 | $1.84 | | | | |
| 05/16 | Mortgage Payment | $4,054.16 | $119.02 | $3,547.50 | $387.64 | | |
| 04/01 | Single Item Recv | $457.78 | | | $457.78 | | |
| 04/01 | Closing Interest | $349.89 | | $349.89 | | | |

### Special Messages

Now you can make your mortgage payments online. It's fast, it's easy and it's free!!!
Pay-By-Web at https://myloan.newcentury.com

Announcing our new automated SpeedPay IVR/telephone feature. If your loan is due for the current month, you can now make your payment through our automated IVR for only $5.00 with no waiting. This feature is available 24 hours a day. Call 1.800.788.7306 to access this system.

### NEED AFFORDABLE MORTGAGE LIFE PROTECTION? Watch for an offering in the mail this month from

## NC INSURANCE SERVICES

New Century's own insurance Agency, NC Insurance Services has arranged for Monumental Life Insurance Company to offer Mortgage Accidental Death coverage at affordable rates that will pay off your mortgage in the event of an unexpected tragedy. For more info please call 1-800-423-8369.
(Coverage not available in all states)

DETACH AND RETURN BOTTOM PORTION


**New Century℠**
MORTGAGE CORPORATION

P.O. Box 54285, Irvine, CA 92619-4285   (800) 561-4567   Fax (949) 797-5220

EA207
1006788513

07/31/06

LESLIE BARNES MARKS

3099 SUTER STREET
OAKLAND                    CA   94602-0000

Re:  Loan Number 1006788513

Dear Mortgagor(s):

This letter is to advise you that your impound/escrow account has been reanalyzed for the following reason:

due to taxes are more than what was estimated at closing.

As a result, effective 09/01/06 , your payment will be $ 4203.89 .

New Century Mortgage Corporation is committed to customer and we appreciate the opportunityto assist you with your mortgage need. If you have any additional questions, please contact the Customer Service Department at 800-561-4567, between the hours of 6:00 AM and 6:00 PM, Monday through Friday, Pacific Time.

Sincerely,


Customer Service Department
New Century Mortgage Corporation


2-07

# NEW CENTURY
## MORTGAGE CORPORATION

Customer Service 1-800-561-4567
Loan Counseling 1-888-788-7306
Mortgage Refinancing/2nd Mortgage 1-888-438-6236

004391  RE

LESLIE BARNES MARKS
3099 SUTER STREET
OAKLAND  CA  94602-2840

### Mortgage Statement

| | |
|---|---|
| Statement Date | 07/25/06 |
| Loan Number | 1006788513 |
| Payment Due Date | 06/01/06 |
| Current Payment | $4,054.16 |
| Past Due Amount(s) | $8,474.96 |
| Unpaid Late Charges | $366.64 |
| Other Charges | $ .00 |
| Total Amount Due | $12,529.12 |
| After 08/16/06 Add | $183.32 |

Property Address:
3099 SUTER STREET
OAKLAND  CA  94602-0000

### Account Information

| Balances | | Payment Factors | | Year To Date Figures | |
|---|---|---|---|---|---|
| Principal Balance | $494,879.14 | Interest Rate | 8.600% | Interest | $3,897.39 |
| Escrow Balance | $845.42 | Principal & Interest | $3,666.52 | Taxes | $ .00 |
| Unpaid Late Charges | $366.64 | Escrow Payment | $387.64 | | |
| Other Charges | $ .00 | Optional Products | $ .00 | | |
| Suspense Balance | $ .00 | Other | $ .00 | | |
| | | Total Payment | $4,054.16 | | |

### Important Messages

Available Now: Online Access at MyLoan.NewCentury.com!
New Century Mortgage Corporation offers you a new resource. MyLoan.NewCentury.com our loan
servicing Web site available now.
At MyLoan.NewCentury.com, you can get 24/7 access to review your account balance and activity,
verify your loan details, contact us with questions, and request your loan payoff amount.
Customer service representatives are also available at 800.561.4567 Monday through Friday,
6:00 a.m. to 6:00 p.m. pacific time.

### Activity Since Your Last Statement

| Date | Description | Amount | Principal | Interest | Escrow | Late Charge | Miscellaneous |
|---|---|---|---|---|---|---|---|
| 05/16 | Curtailment | $1.84 | $1.84 | | | | |
| 05/16 | Mortgage Payment | $4,054.16 | $119.02 | $3,547.50 | $387.64 | | |
| 04/01 | Single Item Rece | $457.78 | | | $457.78 | | |
| 04/01 | Closing Interest | $349.89 | | $349.89 | | | |

**NEW CENTURY**
MORTGAGE CORPORATION

P.O. Box 54285, Irvine, CA 92619-4285  (888) 788-7306  Fax (949) 517-5170

NO565

07/26/06

LESLIE BARNES MARKS

3099 SUTER STREET
OAKLAND                    CA    94602-0000

Property Address   3099 SUTER STREET
                   OAKLAND              CA 94602-0000

RE: Loan Number:  1006788513

NOTICE OF INTENT TO FORECLOSE

Dear Mortgagor(s):

The above-referenced loan is in default because the monthly payment(s) due on and after 06/01/06 have not been received. The amount required to cure this delinquency, as of the date of this letter, is $      8474.96, less $        .00, monies held in Unapplied.

SUBSEQUENT PAYMENTS, LATE CHARGES, AND OTHER FEES WILL BE ADDED TO THE ABOVE-STATED REINSTATEMENT AMOUNT AS THEY ARE ASSESSED.

Please remit the total amount due in CERTIFIED FUNDS, utilizing one of the following payment resources:

| Overnight Mail: | Western Union |
|---|---|
| New Century Mortgage Corporation | Quick Collect (any location): |
| Attn: Payment Processing | Code City- NCCommerce |
| 1610 E. St. Andrew Pl. Ste. B-150 | Code State- CA |
| Santa Ana, CA  92705 | |

Failure to cure the delinquency within 30 days of the date of this letter may result in acceleration of the sums secured by the Deed of Trust or Mortgage and in the sale of the property. You have the right to reinstate your loan after legal action has begun. You also have the right to assert in foreclosure, the non-existence of a default or any other defense to acceleration and foreclosure.

Should you have any questions, please contact our office at 1-888-788-7306, Monday through Thursday, 6:00 AM to 8:00 PM and Friday, 6:00 AM to 6:00 PM, Pacific Time.

565-Page 1 of 2



P.O. Box 54285, Irvine, CA 92619-4285  (800) 561-4567  Fax (949) 797-5220

EA207
1006788513

07/31/06

LESLIE BARNES MARKS

3099 SUTER STREET
OAKLAND                CA   94602-0000

Re:  Loan Number 1006788513

Dear Mortgagor(s):

This letter is to advise you that your impound/escrow account has been reanalyzed for the following reason:

due to taxes are more than what was estimated at closing.

As a result, effective 09/01/06 , your payment will be $ 4203.89 .

New Century Mortgage Corporation is committed to customer and we appreciate the opportunity to assist you with your mortgage need. If you have any additional questions, please contact the Customer Service Department at 800-561-4567, between the hours of 6:00 AM and 6:00 PM, Monday through Friday, Pacific Time.

Sincerely,


Customer Service Department
New Century Mortgage Corporation


2-07

# EXHIBIT B



**Home123**
Cutting through the loan clutter

Direct Dial: (949) 255-6838
Fax: (949) 222-3516

June 2, 2006

**Via U.S. Mail**
Leslie Marks
3099 Suter Street
Oakland, CA 94602

Re: Loan Number 1006788513

Dear Ms. Marks:

This is in follow-up to your recent inquiry regarding the above-referenced loan originated by Home 123 Corporation ("Home 123").

Home 123 is committed to customer satisfaction and regrets any misunderstanding you may have experienced. Our review of this matter confirmed that the terms of the loan were fully disclosed and in compliance with applicable law.

If we can be of further assistance to you, please contact this office at (866) 782-4004.

Sincerely,

Stacy Seymour
Jr. Regulatory Analyst

SDS/
Cc: Charles E. Houston, Jr., Assistant Vice President and Senior Counsel

18400 Von Karman Avenue, Suite 1000
Irvine, CA 92612

www.Home123.com