IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BARNES MARKS, in pro per,<br><br>    Plaintiff,<br><br>  v.<br><br>TOM CHICOINE, et al.,<br><br>    Defendants.<br>_____/ | Nos. C 06-06806 SI, C 07-02133 SI<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

On May 18, 2007, the Court held a hearing on the motion of Wolfe & Wyman, LLP, to withdraw as counsel of record for defendant Tom Chicoine. For good cause shown, the Court GRANTS Wolfe & Wyman's motion to withdraw, effective July 2, 2007. The parties may immediately proceed with discovery with respect to Mr. Chicoine. Unless he so desires, Mr. Chicoine need not file an answer to the Third Amended Complaint until he has retained new counsel, or has decided to proceed pro se. This case will be handled together with the related case of *Marks v. Ocwen Financial Corporation, et al.*, C-07-2133. A case management conference for both cases will be held on July 13, 2007, at 2:30 p.m., at which Mr. Chicoine or his new counsel should appear.

Wolfe & Wyman shall notify Mr. Chicoine, in writing, of the foregoing, and shall file a copy of the notice with the Court. Wolfe & Wyman shall also advise Mr. Chicoine to seek new counsel, and to explore the question of this case proceeding against him despite the stay as to the other defendants.

**IT IS SO ORDERED.**

Dated: May 21, 2007

                                                        SUSAN ILLSTON
                                                       United States District Judge