IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LESLIE BARNES MARKS,  No. C 06-06806 SI

    Plaintiff,  **ORDER SETTING FURTHER STATUS CONFERENCE**

  v.

TOM CHICOINE,

    Defendant.
                                     /

It has come to the Court's attention that defendant Tom Chicoine has failed on multiple occasions to respond to phone calls and correspondence from the ADR Department, despite the Court's order on January 17, 2008, referring this case to the mediation program. Accordingly, the Court **ORDERS both parties to appear for a status conference at 3:30 p.m. on Wednesday, August 13, 2008. Defendant is ORDERED to file, by August 1, 2008, a written case management statement explaining why he has been unresponsive**. In addition, **defendant is ORDERED to appear in person at the status conference or to arrange with the courtroom deputy for a telephonic appearance**. Defendant's failure to comply with this order may lead to a variety of sanctions, including a default judgment.

**IT IS SO ORDERED.**

Dated: July 8, 2008

                                                      SUSAN ILLSTON
                                                      United States District Judge