LESLIE MARKS
3099 Suter Street
Oakland, CA 94602
Tel: 510/434-9758
Email: blaqrubi@yahoo.com

Plaintiff IN PRO SE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE MARKS, In Pro Per, | ) CASE NO. C06-06806 SI |
| | ) |
| Plaintiff, | ) REQUEST FOR ENTRY OF DEFAULT |
| | ) AGAINST DEFENDANT TOM CHICOINE |
| v. | ) |
| | ) |
| TOM CHICOINE, an individual, HOME 123 | ) |
| CORPORATION, and NEW CENTURY | ) |
| MORTGAGE CORPORATION, and NEW | ) |
| CENTURY MORTGAGE CORPORATION | ) |
| dba HOME 123, and DOES, 1-100, | ) |
| | ) |
| Defendants. | ) |

Plaintiff, Leslie Marks submits this REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT TOM CHICOINE.

DESCRIPTION OF THE CASE

1. This case arises out of Plaintiff's allegations that she has been defrauded by named Defendants regarding a certain mortgage loan which secures her primary residence. Defendants New Century and Home 123 have filed Bankruptcy on April 2, 2007, so any action against those Defendants is stayed. As such, the Third Amended Complaint and pleadings filed in this matter by Plaintiff after April 2, 2007 can be considered only as to Defendant Chicoine until the other Defendants are no longer protected by the Automatic Stay.

2. Defendant Chicoine was contacted and participated in telephonic conferences with this Court on or about January 2008 and agreed to participate in the ADR process.

3. After communicating with the ADR coordinator a few times, and agreeing to settlement discussions, Defendant Chicoine failed to return telephone calls or respond to contact attempts.

4. Plaintiff served discovery on Defendant Chicoine on or about April 20, 2008. Defendant Chicoine failed to respond or otherwise reply to discovery and has now waived any and all objections.

## ISSUES

1. Plaintiff contends that Defendant Chicoine engaged in several violations regarding the mortgage loan which is the subject of this litigation secured by her primary residence.

2. Defendant and Plaintiff agreed to a Court Ordered Mediation and/or ADR process in a telephone conference in January 2008.

3. Defendant Chicoine has not responded to telephone contact, or any other contact and apparently has "disappeared" a second time.

4. Defendant Chicoine has admitted to not forwarding loan documents in a telephone conference in January, 2008 with the Court, prior to the ADR process.

5. Plaintiff seeks restitution and relief regarding Mr. Chicoine's acts.

6. On or about April 20, 2008, Plaintiff has served Defendant Chicoine with written discovery and to date has received no written responses. As such, Defendant Chicoine has waived all objections to discovery.

7. This Court has ordered the appearance of Defendant Chicoine, at the August 13, 2008 Case management conference. Defendant Chicoine failed to appear.

8. This Court ordered Ms. Marks to make a good faith attempt to obtain an verifiable address for Mr. Chicoine. Plaintiff was able to confirm the telephone number supplied by Mr. Chicoine was still a valid telephone number, however,

REQUEST FOR ENTRY OF DEFAULT

| | |
|---|---|
| 1 | Mr. Chicoine's current residence could not be validated or verified., other than |
| 2 | he is no longer residing in Wisconsin. |
| 3 | 9. This Court ordered Mr. Chicoine to respond to an Oder to Show Case by |
| 4 | September 6, 2008. Mr. Chicoine failed to respond. |
| 5 | 10. Plaintiff's respectfully requests this Court enter Default judgment against |
| 6 | Defendant Chicoine. |

Dated: September 8, 2008

//s/
Leslie Barnes Marks
In Pro Per

-3-
REQUEST FOR ENTRY OF DEFAULT