IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BARNES MARKS, | No. C 06-06806 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| TOM CHICOINE, et al., | |
| Defendants. | |

Plaintiff's motion for entry of default judgment as to defendant Tom Chicoine is granted. Judgment in the amount of $25,000 is entered in favor of plaintiff and against defendant Tom Chicoine.

**IT IS SO ORDERED.**

Dated: April 10, 2009

SUSAN ILLSTON
United States District Judge