**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE BARNES MARKS, | No. C 06-06806 SI |
| Plaintiff, | **NOTICE OF ADMINISTRATIVE CLOSING** |
| v. | |
| TOM CHICOINE, et al., | |
| Defendants. | |

Separate judgment has been entered against defendant Tom Chicoine in accordance with Rule 54(b) of the Federal Rules of Civil Procedure. The remaining defendants in this action are in bankruptcy proceedings and the action is accordingly stayed against them.

Therefore, this action is ADMINISTRATIVELY CLOSED, without prejudice to re-opening when/if the bankruptcy stay against the remaining defendant(s) is lifted.

**IT IS SO ORDERED.**

Dated: August 4, 2009

SUSAN ILLSTON
United States District Judge